FILED
April 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002569005

Jasmin Nguyen, SBN 233551
PO Box 457
Elk Grove, CA 95759
Tel: (916) 714-7100
Fax (800) 383-5066

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

In re:

Mahmoud Saqqa &
Kholoud Saqqa

Debtor(s)/

Case No.: 09-30906
DCN: JTN-1

MOTION TO SELL REAL PROPERTY

Date: May 25, 2010
Time: 9:32AM
Location: Courtroom 32, Judge Holman

Counsel for Debtors, Mahmoud Saqqa and Kholoud Saqqa, has filed papers with the court to sell real property commonly known as 8492 Marvista Ct., Elk Grove, CA 95624 on the following terms:

1. **Sale Price**: $325,000.

2. **Prospective Buyers**: Ken C. Phung and Kim P. Luong. Debtors have no relation with the prospective buyers.

3. **Title Company**: First American Title Company, located at 3255 W. March Lane, Ste. 200, Stockton, CA 95219. Escrow number 3472778. Escrow Officer: Anna Padilla-West.

4. Escrow shall not close without all liens and encumbrances being paid in full, subject to the terms of the short-sale agreement.

5. All liens secured by the residence will be paid in full in a manner consistent with the confirmed Chapter 13 Plan. The balance of the pre-petition arrears, if any, shall be paid to the Chapter 13 Trustee for disbursement to that creditor, with the principal balance of the deed of trust mortgage claim to be paid directly to the creditor.

6. Debtors do not intend to pay off the plan by the sale of the subject property.

7. The transaction is a Short-Sale. Debtors anticipate receiving no funds from the sale.

8. Debtors will send a final escrow closing statement to the Trustee after the close of escrow.

Dated: April 19, 2010

Respectfully submitted,

/s/ Jasmin Nguyen
Jasmin Nguyen, Attorney for Debtors